# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ADVANCED TOTAL MARKETING
SYSTEMS, INC.,

     *Plaintiff,* )

     **v.** )     **Civil Action No.** 3:26-cv-207

)

)

)

SALDOM GROUP, LLC; and )

CAPITOLOGY, LLC, )

     *Defendants.*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Saldom Group, LLC
c/o Adriana Arguello - Registered Agent
210 Sutton Park Lane
Charlotte, NC 28211

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Alexa A. Perivolotis
O'Hagan Meyer PLLC
301 S. McDowell Street, Suite 707
Charlotte, NC 28204
aperivolotis@ohaganmeyer.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date ___03/16/2026___

*Katherine Hord Simon, Clerk*
*United States District Court*

**Civil Action No.** 3:26-cv-207

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)***:**
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                            **Server's signature**

                                                                            _____
                                                                            **Printed name and title**

                                                                            _____
                                                                            **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ADVANCED TOTAL MARKETING
SYSTEMS, INC.,

<table>
<tr><td>

*Plaintiff,*

**v.**
</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>

**Civil Action No.** 3:26-cv-207
</td></tr>
</table>

SALDOM GROUP, LLC; and
CAPITOLOGY, LLC,

*Defendants.*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Capitology, LLC
c/o Adriana Arguello - Registered Agent
210 Sutton Park Lane
Charlotte, NC 28211

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Alexa A. Perivolotis
O'Hagan Meyer PLLC
301 S. McDowell Street, Suite 707
Charlotte, NC 28204
aperivolotis@ohaganmeyer.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date ___03/16/2026___

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:26-cv-207

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑　　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑　　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑　　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑　　I returned the summons unexecuted because _____ ; or

❑　　Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Server's address


Additional information regarding attempted service, etc: